UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TRA BI JEAN,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>PAMELA BONDI, et al.,<br><br>　　　　　Respondents. | Case No. 2:25-cv-02487<br><br>ORDER TO SHOW CAUSE |

On December 5, 2025, Petitioner filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 alleging that he is in custody in violation of the Constitution or laws of the United States. Dkt. 1. Having reviewed the petition, the Court directs Respondents to show cause why the writ of habeas corpus should not be granted. 28 U.S.C. § 2243 (requiring return "within three days unless for good cause additional time, not exceeding twenty days, is allowed").

Accordingly, the Court ORDERS:

1. Respondents shall file a return to the habeas petition no later than December 12, 2025. Any arguments that the petition should be dismissed shall be made in the return and not by separate motion.

ORDER TO SHOW CAUSE - 1

2. Any traverse Petitioner wishes to file shall be due by December 15, 2025. The clerk shall note the matter for December 15, 2025.

3. The clerk is directed to effectuate immediate service of the habeas petition filed in this case upon Respondents by emailing a copy of the habeas petition and this order to usawaw.Habeas@usdoj.gov.

4. Petitioner's counsel shall provide Petitioner's A-file number promptly to the U.S. Attorney's Office via email to counsel for Federal Respondents, who entered an appearance on December 8, 2025.

5. If either party seeks an expedited or enlarged briefing schedule, counsel for that party shall contact opposing counsel promptly to meet and confer. The parties shall then file a joint expedited motion, noted for the same day it is filed, that contains either an agreed briefing schedule or the parties' competing proposals for a briefing schedule.

Dated this 9th day of December, 2025.

Tiffany M. Cartwright
United States District Judge

ORDER TO SHOW CAUSE - 2